AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | | |
|---|---|---|
| COBBLESTONE HOTELS, LLC | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.  24-cv-774 |
| PLATTEVILLE LODGING WI, LLC and PARTH PATEL | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PLATTEVILLE LODGING WI, LLC
c/o Parth Patel
1755 E. Highway 151
Platteville, WI 53818


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph S. Goode, Kathy W. Schill, and Benjamin W. Kuhlmann,  Laffey, Leitner & Goode LLC, 325 E. Chicago St., Ste. 200, Milwaukee, WI 53202


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:   11/01/2024                                            s/ J. Friedl, Deputy Clerk

                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

|  |  |  |
|---|---|---|
| COBBLESTONE HOTELS, LLC | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No.  24-cv-774 |
| v. | ) ) | |
| PLATTEVILLE LODGING WI, LLC and PARTH PATEL | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PARTH PATEL
1755 E. Highway 151
Platteville, WI 53818


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joseph S. Goode, Kathy W. Schill, and Benjamin W. Kuhlmann,  Laffey, Leitner & Goode LLC, 325 E. Chicago St., Ste. 200, Milwaukee, WI 53202


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:    11/01/2024

s/ J. Friedl, Deputy Clerk

*Signature of Clerk or Deputy Clerk*