IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COBBLESTONE HOTELS, LLC,

                Plaintiff,

v.                                                OPINION and ORDER

PLATTEVILLE LODGING WI, LLC, and PARTH         24-cv-774-jdp
PATEL,

                Defendants.

---

On March 26, 2025, the court entered a permanent injunction that ordered defendant Parth Patel to immediately cease all use of the marks of plaintiff Cobblestone Hotels, LLC in any capacity and file a report explaining what steps defendant had taken to comply with the injunction by April 10. Dkt. 19. The injunction also ordered Patel to allow Cobblestone Hotels into defendants' property upon five days' written notice to inspect and determine if the marks had been removed. After providing written notice on March 28, Cobblestone Hotels inspected the property on April 15 and discovered that there were still exterior and interior signs with Cobblestone Hotels' mark. Dkt. 26.

Cobblestone Hotels moves for an order under Federal Rule of Civil Procedure 70(a) appointing it to carry out the following specific actions:

1. Remove the two exterior signs identifying the Location as a "Cobblestone Inn and Suites";
2. Enter the interior of the Location upon 5 days' written notice to remove all signage and other materials bearing the Cobblestone marks, which access shall not be denied by Patel;
3. Contact the Chamber of Commerce to request that the "Cobblestone Inn and Suites" website page be removed; and
4. Request that Facebook remove the page for the Cobblestone Hotel that was to have been operated at the Location.

Cobblestone Hotels asks for these actions to be at Patel's expense, with the specific amount to be added to the compensatory damages award. Cobblestone Hotels also asks for an extension of the deadline for it to move for attorney fees. Dkt. 24.

The court will grant both motions. Cobblestone Hotels may carry out the specific actions listed above at Patel's expense, and it may have until June 30, 2025, to file its motion for attorney fees and costs.

ORDER

IT IS ORDERED that:

1. Plaintiff Cobblestone Hotels, LLC's motion for an extension of time to files its petition for attorney fees, Dkt. 24, is GRANTED. Plaintiff may have until June 30, 2025 to submit its petition.

2. Plaintiff's motion for an order under Rule 70(a) to enforce the injunction, Dkt. 25, is GRANTED. Plaintiff is appointed to carry out the following specific actions:

    a. Remove the two exterior signs identifying the Location as a "Cobblestone Inn and Suites";

    b. Enter the interior of the Location upon 5 days' written notice to remove all signage and other materials bearing the Cobblestone marks, which access shall not be denied by Patel;

    c. Contact the Chamber of Commerce to request that the "Cobblestone Inn and Suites" website page be removed; and

    d. Request that Facebook remove the page for the Cobblestone Hotel that was to have been operated at the Location.

Entered May 9, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge